UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH MONTEFERRANTE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>WILLIAMS-SONOMA, INC.,<br><br>Defendant. | Case No. 1:16-cv-10578-MLW |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Judith Monteferrante, by and through her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant Williams-Sonoma, Inc.

Dated: April 25, 2017
      White Plains, New York

                                              **FINKELSTEIN, BLANKINSHIP,**
                                              **FREI-PEARSON & GARBER, LLP**

                                              By: */s/ D. Greg Blankinship*
                                              D. Greg Blankinship (BBO No. 655430)
                                              John D. Sardesai-Grant (admitted *pro hac vice*)
                                              445 Hamilton Ave., Suite 605
                                              White Plains, New York 10601
                                              Tel: (914) 298-3281
                                              Fax: (914) 824-1561
                                              *gblankinship@fbfglaw.com*

{00284551 }

**THE RICHMAN LAW GROUP**
Kim E. Richman (admitted *pro hac vice*)
81 Prospect Street
Brooklyn, New York 11201
Tel: (212) 687-8291
Fax: (212) 687-8292
*krichman@richmanlawgroup.com*

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 25, 2017.

*/s/ D. Greg Blankinship*
D. Greg Blankinship