UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JUDITH MONTEFERRANTE,

                Plaintiff(s)

v.                                                                  Civil Action No: 16-CV-10578-MLW

WILLIAMS-SONOMA, INC.

                Defendant(s)

## ORDER CLOSING CASE

WOLF, D.J.

      In accordance with the Electronic Order Dismissing Case (Document No. 35) issued April 27, 2017, it is hereby ORDERED that the above-entitled action be and hereby is closed.

                                              By the Court,

                                              /s/ Christine Bono
                                              Deputy Clerk

April 27, 2017

To: All Counsel